UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS DIODATO, III, : | Civil Action No. 09-3532(FLW) |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al., : | |
| Defendants. : | |

**THIS MATTER** having been opened to the Court by Defendants Thomas J. Dichiara, Esq. and Drazin & Warshaw, P.C. ("Defendants"), on a motion to dismiss this action, or in the alternative, remand it to state court for lack of subject matter jurisdiction; it appearing that the motion was referred to the Magistrate Judge for a Report and Recommendation; it appearing that the Magistrate Judge rendered her decision on June 29, 2011; it further appearing that no parties have objected to the Report and Recommendation; it further appearing that the Court has reviewed the Magistrate Judge's recommendations; accordingly,

**IT IS** on this 12th day of September, 2011,

**ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court; and it is further

**ORDERED** that Defendants' motion for remand is hereby **GRANTED** and the case is remanded to the Superior Court of New Jersey, Monmouth County.

                                                                      /s/Freda L. Wolfson
                                                The Honorable Freda L. Wolfson, U.S.D.J.